IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM DRAKE** | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:22-cv-1813 |
| | : | |
| v. | : | JUDGE SARGUS |
| | : | |
| | : | MAGISTRATE JUDGE JOLSON |
| **CITY OF MARION, OHIO** | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION
TO TRANSFER CASE TO UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

Pursuant to 28 U.S.C. § 1404(a), Plaintiff William Drake respectfully moves this Court to transfer the above-captioned case to the Northern District of Ohio. Plaintiff filed this lawsuit on March 28, 2022. Plaintiff resides in Morrow County, the northernmost county located in the Southern District of Ohio. However, Defendant City of Marion is located in Marion County, the southernmost county located in the Western Division of the Northern District of Ohio. Therefore, it appears the appropriate venue for this case is in the U.S. District Court for the Northern District of Ohio, Western Division. Accordingly, Plaintiff respectfully requests that this Court transfer the case to the Northern District of Ohio. Defense counsel was consulted regarding this motion and Defendant does not oppose this Motion.

Respectfully submitted,

/s/ Peter G. Friedmann, Esq.
Peter G. Friedmann (0089293)
Pete@thefriedmannfirm.com
Jamie R. Bailey (0099789)

1

Jamie@thefriedmannfirm.com
**The Friedmann Firm LLC**
3740 Ridge Mill Drive
Hilliard, OH 43026
614-610-9756 (Phone)
614-737-9812 (Fax)

*Trial Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ Peter G. Friedmann, Esq.
Peter G. Friedmann (0089293)